IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZURI LONDON IRBY ESTATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-1153-R |
| | ) |
| COLEMAN, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff filed a Motion for Leave to Proceed *in forma pauperis* [Doc. 2]. Following a referral pursuant to 28 U.S.C. § 636(b)(1)(B), and (C) [Doc. 3], Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation [Doc. 6] recommending this Court deny the Motion because the Plaintiff Estate is ineligible to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Plaintiff failed to object to the Report and Recommendation by February 1, 2024. Accordingly, the Court ADOPTS the Report and Recommendation. Plaintiff is directed to pay the filing fee of $405.00 by February 26, 2024. If Plaintiff fails to do so, the case will be dismissed without prejudice.

**IT IS SO ORDERED** this 5th day of February 2024.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE